1

United States District **Court**
Southern District of **Texas**
FILED

JUL - 2 2001

Michael N. Milby, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| TREASURE HILLS INVESTMENTS NV | * | CASE NO. 96-24360-B-11 |
| | * | 01-13 |
| DEBTOR | * | B-01-145 |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Petitioner Roberto Lozano, by and through his attorneys Heriberto Medrano and Demetrio Duarte, Jr., and file this Notice of Appeal of the Order Denying Motion For New Trial And To Alter And Amend Judgment **Exhibit 1**, pursuant to Rule 8001 et. seq. Of the Bankruptcy Code and would state the following in support thereof:

Although the Order was signed by the Court on May 31, 2001, Petitioner's attorney did not receive notice or a copy of same until June 22, 2001. See Affidavit, **Exhibit 2**.

Wherefore, premises considered, Petitioner gives this Honorable Court Notice of Appeal of it's Order as stated on **Exhibit 1**, to the United States District Court for the Southern District of Texas, Brownsville Division, and asks the Bankruptcy Clerk to forward this matter to the U.S. District Clerk's Office for the Southern District of Texas, at Brownsville, Texas for docketing and entry.

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk of Court
By _____
Deputy Clerk

488

Respectfully submitted,

Law Offices of
Heriberto 'Eddie' Medrano
1101 West Tyler
Harlingen, Texas 78550
Tel.  (956) 428-2412
Fax   (956) 428-2495

_____
Heriberto 'Eddie' Medrano
State Bar No. 13897800
Federal Bar No. 5952

## CERTIFICATE OF SERVICE

I, Heriberto 'Eddie' Medrano, hereby certify that a true and correct copy of the above and foregoing **Notice of Appeal** was on this 29th day of June, 2001 forwarded via certified mail to the following:

Richard J. Reynolds, III
**THORNTON, SUMMERS, BIECHLIN,
    DUNHAM & BROWN, L.C.**
Airport Center – Suite 300
10100 Reunion Place
San Antonio, Texas 78216-4186

CMRRR # 7000 0520 0021 0459 6746

_____
HERIBERTO 'EDDIE' MEDRANO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

In re: §
 §
TREASURE HILLS INVESTMENTS NV § Case No. 96-24360-B-11
 §
Debtor §
 §

## ORDER DENYING MOTION FOR NEW TRIAL AND TO ALTER AND AMEND JUDGMENT

On this day it came on for consideration the Motion for New Trial and to Alter and Amend Judgment, filed by Robert Lozano Lozano  The Court, having heard the arguments of counsel, and having reviewed the pleadings and briefs on file herein, finds that the Motion should be denied.

It is therefore ORDERED that the Motion for New Trial and to Alter and Amend Judgment is hereby DENIED.

At Corpus Christi, Texas this 25th day of May, 2001.

RICHARD S SCHMIDT
Chief United States Bankruptcy Judge

STATE OF TEXAS

COUNTY OF BEXAR

## AFFIDAVIT

Before me, the undersigned authority personally appeared Demetrio Duarte, Jr., a person well known to me and upon his oath stated and deposed as follows

1. "My name is Demetrio Duarte, Jr. I am over 21 years of age, have never been charged with any felony, and I am fully competent to execute this affidavit. The facts stated herein are within my personal knowledge and are true and correct to the best of my ability.

2. "I am the attorney for Petitioner, Roberto Lozano. On or about June 22, 2001, I received via U.S. Mail a copy of the Order Denying Motion for New Trial and to Alter and Amend Judgment from the U.S. Bankruptcy Court.

3. "I never received a copy of this Order via facsimile from the Bankruptcy Clerk's Office or from any other source.

4. "Further, affiant sayeth, not."

_____
DEMETRIO DUARTE, JR.

SWORN AND SUBSCRIBED TO BEFORE ME, the undersigned authority on this _____ day of June, 2001.

RHONDA R TERRAZAS
MY COMMISSION EXPIRES
September 8, 2003

_____
Notary Public in and for
State of Texas



United States District Court
Southern District of Texas
Office of the Clerk
600 E. Harrison Street, #101
Brownsville, Texas 78521

8-28-2001

Michael N. Milby
Clerk

To All Counsel of Record

Notice of Assignment Of Bankruptcy Appeal

Civil Action No. **B-01-145**

Bankruptcy No. **96-24360-B-11**

**Roberto Lozano** vs **Treasure hills Invest.NV**

The above entitle appeal was filed in this office on **8-28-2001**

and has been assigned to the docket of Judge **Filemon B. Vela**.

All future filings regarding the <u>above referenced matter</u>, should be filed with the U.S. District Clerk's Office in Brownsville, Texas and **NOT** in the Bankruptcy Clerk's Office in Corpus Christi, Texas.

All inquiries concerning motion practice and settings should be directed to the case manager for the judge assigned.

| JUDGE | CASE MANAGER | TELEPHONE |
|---|---|---|
| FBV | Lourdes Maedis | 956 5482629 |

**BRIEFS FOR THE PARTIES ARE DUE AS PER BANKRUPTCY RULE 8009.**

Very truly yours,
Michael N. Milby, Clerk

By *Olivia Gutierrez*
Deputy Clerk