3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk



| | | |
|---|---|---|
| ROBERT LOZANO | § | |
| | § | C.A NO. B-00-068 |
| | § | |
| vs. | § | BANKRUPTCY NO. 96-24360-B-11 |
| | § | BANKRUPTCY APPEAL NO. 01-13 |
| | § | |
| TREASURE HILLS INVESTMENT N.V. | § | CIVIL ACTION NO. B-01-145 |

## ORDER

Before the Court is Appellees' Motion for Dismissal of Appeal to the District Court and after due consideration, the Court finds that it is without jurisdiction to hear the appeal.

Accordingly, it is ORDERED, ADJUDGED, & DECREED that this appeal is DISMISSED for want of jurisdiction.

DONE this 15th day of February, 2002 in Brownsville, Texas.

Filemon B. Vela
United States District Judge